JUDGE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAIRO ELENES-LUGO,<br><br>  Defendant. | No. CR22-047 JHC<br><br>ORDER GRANTING NOTICE OF WITHDRAWAL AND MOTION FOR NEW COUNSEL |

It is hereby ORDERED:

1. Ms. Sommerman's motion to withdrawal as attorney of record is GRANTED.
2. The CJA Coordinator is directed to appoint substitute counsel for Defendant Jairo Elenes-Lugo.

DATED this 20th day of September 2022.

_John H. Chun_
JOHN H. CHUN
United States District Court Judge

ORDER -1

SCANLAN LAW, PLLC
506 SECOND AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98104
(206) 237-0677