The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR22-00047JHC |
| Plaintiff, | ORDER TO SEAL DOCUMENTS |
| vs. | ** CLERK'S ACTION REQUIRED** |
| JAIRO ELENES-LUGO, | |
| Defendant. | |

ORDER

This Court finds that the documents contained in Exhibit A to Defendant's Sentencing Memorandum are related to his medical condition and are appropriate for filing under seal.

NOW THEREFORE IT IS HEREBY ORDERED that the documents contained in Exhibit A to Defendant's Sentencing Memorandum SHALL BE FILED UNDER SEAL.

Dated this 31st day of Janaury, 2024

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Respectfully Submitted on this 12th day of January, 2024.

*Jennifer Horwitz*
_____
Jennifer Horwitz  WSBA #23695
Attorney for Jairo Elenes-Lugo
Law Office of Jennifer Horwitz PLLC
P.O. Box 70859
Seattle, WA  98127
(206) 799-2797
jennifer@jenniferhorwitzlaw.com